UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE ANTIQUE ROMAN STATUE,<br><br>Defendant. | No. 2:21-cv-03709-AS<br><br>[~~PROPOSED~~] ORDER APPOINTING THE DEPARTMENT OF HOMELAND SECURITY – U.S. CUSTOMS AND BORDER PROTECTION AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE |

IT IS HEREBY ORDERED that upon the arrest of the defendant One Antique Roman Statue (the "defendant"), the Department of Homeland Security – U.S. Customs and Border Protection, 501 W. Ocean Blvd., Suite 7200, Long Beach, California 90802, shall assume custody of the defendant on behalf of this Court, in place of the United States Marshal, and shall maintain custody of such defendant during the time it remains in custodia legis, pursuant to Rule G(3)(c)(I) and E(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

1     IT IS FURTHER ORDERED that the Department of Homeland Security – U.S. Customs and Border Protection shall continue to maintain possession of the defendant in safe custody until such time this Court orders the release or forfeiture of said defendant and said defendant is disposed of in accordance with Supplemental Rule G(7)(C), or as otherwise allowed by law;

    IT IS FURTHER ORDERED that, before the delivery of the defendant after such release or disposal is ordered, all costs and charges of the Court and its officers, more particularly the Department of Homeland Security – U.S. Customs and Border Protection, as Substitute Custodian, must first be paid, pursuant to Supplemental Rule E(5)(c); and

    IT IS FURTHER ORDERED that, as Substitute Custodian of the defendant, the Department of Homeland Security – U.S. Customs and Border Protection shall perform all duties and responsibilities that the United States Marshal is authorized to perform pursuant to the Supplemental Rules.

DATED: May 5, 2021

                          / s / Sagar
                Honorable Alka Sagar
           United States Magistrate Judge

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

         /s/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America