TRACY L. WILKISON
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar Number 222875
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-0142
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE ANTIQUE ROMAN STATUE,<br><br>    Defendant. | No. 2:21-CV-03709-AS<br><br>NOTICE OF PROOF OF SERVICE OF COMPLAINT |

///

On May 12, 2021, the Verified Complaint for Forfeiture, Notice, the Notice to Counsel re: Magistrate Judge Direct Assignment Program, and Court's May 4, 2021 Minute Order were served on the known potential claimants at their last known addresses via certified mail and U.S. mail.  Attached to this Notice as Exhibit A is a true and correct copy of the proof of service.

Dated: May 27, 2021

TRACY L. WILKISON
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　　　/s/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA