## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **May 12, 2021,** I served a copy of: **Verified Complaint for Forfeiture, Notice, the Notice to Counsel re: Magistrate Judge Direct Assignment Program, and Court's May 4, 2021 Minute Order** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   SEE SERVICE LIST**

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **May 27, 2021** at Los Angeles, California.

                                         /s/*Tara B. Vavere*
                                         TARA B. VAVERE
                                         Paralegal, FSA

**EXHIBIT A**

3

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Axel Vervoordt |
| 3 | c/o Michael McCullough |
| | Pearlstein & McCullough LLP |
| 4 | 641 Lexington Avenue, Suite 1327 |
| 5 | New York, NY 10022 |
| 6 | Axel Vervoordt NV/SA Meys & Zonen, NV |
| 7 | c/o Michael McCullough |
| | Pearlstein & McCullough LLP |
| 8 | 641 Lexington Avenue, Suite 1327 |
| 9 | New York, NY 10022 |
| 10 | Noel Roberts Trust |
| 11 | ▮▮▮▮▮ |
| | Woodland Hills, CA ▮▮ |
| 12 | |
| 13 | Freeman Group, Inc. |
| | 3029 Wilshire Blvd 202 |
| 14 | Santa Monica, CA 90403 |
| 15 | Kim Kardashian |
| 16 | ▮▮▮▮▮ |
| 17 | West Hollywood, CA ▮▮ |
| 18 | Kim Kardashian |
| 19 | ▮▮▮▮▮ |
| | Woodland Hills, CA ▮▮ |
| 20 | |
| 21 | Kim Kardashian |
| | ▮▮▮▮▮ |
| 22 | Hidden Hills, CA ▮▮ |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | **EXHIBIT A** |

4